AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
Oct 6 10 54 AM '03

CLERK
BY _____
DEPUTY CLERK

SCOTT C. TRAUDT,

        Plaintiff,

v.

F/V LUKE AND SARAH,
WOOD HOLLOW TRAWLERS, INC.,
NEIL STODDARD,
INTERMODAL TRANSPORT SERVICES,
and SUNDERLAND MARINE MUTUAL
INSURANCE CO.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:03-CV-180

____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Opinion and Order (Paper No. 31) filed October 3, 2003, defendants F/V Luke and Sarah, Wood Hollow Trawlers, Inc., Neil Stoddard, Intermodal Transport Services, and Sunderland Marine Mutual Insurance Co.'s Motion to Dismiss (Paper No. 11) is GRANTED and defendant Sunderland Marine Mutual Insurance Co.'s Motion to Dismiss (Paper No. 21) is GRANTED. This case is DISMISSED without prejudice for lack of personal jurisdiction to Federal Rule of Civil Procedure 12(b)(2). JUDGMENT is hereby entered for the defendants F/V Luke and Sarah, Wood Hollow Trawlers, Inc., Neil Stoddard, Intermodal Transport Services, and Sunderland Marine Mutual Insurance Co., against the plaintiff Scott C. Traudt.

Date: October 6, 2003

RICHARD PAUL WASKO
Clerk

_(signature)_
(By) Deputy Clerk

JUDGMENT ENTERED ON DOCKET
DATE: Oct. 6, 2003

RICHARD PAULWASKO
CLERK

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

■ BURLINGTON:
(MAIN HEADQUARTERS)
P.O. BOX 945
(802-951-6301)

■ RUTLAND 05702-0607
(DIVISIONAL OFFICE)
P.O. BOX 607
(802-773-0245)

■ BRATTLEBORO 05302-0998
(DIVISIONAL OFFICE)
P.O. BOX 998
(802-254-0250)

Civil Action No. 2:03-CV-180                                   Date October 6, 2003

Scott C. Traudt  vs.  F/V Luke and Sarah, et al

## NOTICE TO LITIGANTS

If you wish to appeal the enclosed judgment or order, you must file a Notice of Appeal within 30 days after date of the entry of the judgment or order appealed from (or 60 days if the United States or an officer or agency of the United States is a party). Fed.R.App.P. 4(a)(1). The fee for filing an appeal is $105.00.

If you wish to appeal but are unable to file your Notice of Appeal within 30 days [or 60 days if applicable] after the date of entry shown on line 2 below, then you have an additional 30 days to file a Motion for Extension of Time. The Motion for Extension of Time **must** be filed within the additional 30 days after the date on line 3 below. Every Motion for Extension of Time must contain an explanation which demonstrates "good cause" or "excusable neglect" for failure to file the Notice of Appeal within the time limit required. Fed.R.App.P. 4(a)(5).

**PLEASE TAKE NOTICE**

    1. Judgment or Order filed                                      October 6, 2003

    2. Date of Entry of Judgment or
       Order on the docket of this court                    October 6, 2003

    3. Notice of Appeal **MUST** be filed
       on or before                                                    Novermber 5, 2003

_____
Deputy Clerk